**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Cate T Hollifield**

Case No.: **22−59946−wlh**
Chapter: **13**

**FREE ELECTRONIC NOTICING OF ORDERS AND COURT NOTICES**
**NOW AVAILABLE FOR DEBTORS**

**DEBTOR ELECTRONIC NOTICING (DeBN)**

DeBN is a FREE and voluntary service that allows individual debtors to request delivery of court notices and orders from the bankruptcy court by email instead of U.S. mail.

Advantages of DeBN

- There is no charge to view or save emailed orders and court notices.
- Orders and court notices are emailed the same day the court generates them.

How to Sign Up

- Debtors must complete, sign, and file a *Debtor's Electronic Noticing Request (DeBN) form* (activation form).
- The activation form may be filed in person at the Bankruptcy Court Clerk's office (photo ID required) or mailed to the court with a copy of the debtor's driver's license or other Government issued ID.
- If applicable, debtor's attorney can electronically file the activation form.

Access the DeBN activation form and information by visiting the DeBN page on the Court's website.

*https://www.ganb.uscourts.gov/debtor−electronic−bankruptcy−noticing−debn*

Contact the Clerk's office with any questions regarding DeBN at 404−215−1000, option #1.

Dated: December 6, 2022

** Mailing Address
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

M. Regina Thomas
Clerk of Court
U. S. Bankruptcy Court

Form debnnot

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 22-59946-wlh |
| Cate T Hollifield | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Dec 06, 2022 | Form ID: debnnot | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cate T Hollifield, Apt RT, 516 Federal Terrace, Atlanta, GA 30315-3020 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2022           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Nancy J. Whaley | ecf@njwtrustee.com |

TOTAL: 1