# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia
## Atlanta Division

In Re:  **Cate T Hollifield**

Debtor

Case No.: **22–59946–wlh**

Chapter:  **13**

# Order Dismissing Case For Failure to Cure Deficiencies
# Related to the List of Creditors

The above referenced case was filed on 12/6/22 . An Order was entered thereafter directing Debtor to cure one or more deficiencies related to the list of creditors required with the filing of the voluntary petition. The Debtor has failed to comply with the terms of the Order. Accordingly, it is

ORDERED THAT THIS CASE IS DISMISSED.

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court by January 6, 2023 .

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), any Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an Employer Deduction Order.

SO ORDERED, on  December 23, 2022 .

*Wendy L. Hagenau*

Wendy L. Hagenau
United States Bankruptcy Judge

**Clerk, United States Bankruptcy Court**
**Atlanta Division**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

Form 314a

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                              Case No. 22-59946-wlh

Cate T Hollifield                                                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Dec 23, 2022 | Form ID: 314a | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cate T Hollifield, Apt RT, 516 Federal Terrace, Atlanta, GA 30315-3020 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Dec 23 2022 19:50:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| cr | + | EDI: RMSC.COM | Dec 24 2022 00:49:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 24094545 | | EDI: DISCOVER.COM | Dec 24 2022 00:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 24081681 | + | EDI: RECOVERYCORP.COM | Dec 24 2022 00:49:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2022                                   Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2022 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Evan Owens Durkovic | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION ecfganb@aldridgepite.com, edurkovic@ecf.courtdrive.com |
| Maria C. Joyner | on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com  ECF@njwtrustee.com |
| Nancy J. Whaley | ecf@njwtrustee.com |

TOTAL: 3